UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

WEST COAST SERVICING INC.,                     Civil Action No. 1:22-cv-02881-PKC-TAM

                   Plaintiff,

-against-

                                                    **NOTICE OF APPEARANCE FOR**
MOHAMMED M. ALAM, JOHN DOE,            **DEFENDANTS**
JANE DOE,

                   Defendants
-----------------------------------------------------------------x

        PLEASE NOTICE, that I have been retained by all Defendants. I was admitted to practice In this District on March 10, 1989.

_____
Law Office of Lawrence Spivak
By: Lawrence Spivak, Esq.
Bar Code: LS6318
Office Address: 160-01 Hillside Avenue, Ground Floor
                 Jamaica, NY 11432
Telephone:     631-594-4410
Fax:            718-744-0918
Email:           larryspivak@gmail.com