**HASBANI & LIGHT, P.C.**
Danielle P. Light, Esq.
*Attorneys for Plaintiff*
450 Seventh Ave, Suite 1408
New York, NY 10123
(212) 643-6677

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEST COAST SERVICING INC., <br><br> Plaintiff, <br><br> -against- <br><br> MOHAMMED N. ALAM; "JOHN DOE" and "JANE DOE", the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint, <br><br> Defendant. | Case No.: 1:22-cv-02881-PKC-TAM <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned appears in this action on behalf of Plaintiff, West Coast Servicing Inc., ("Plaintiff"). The undersigned demands that you serve all papers in this action upon the undersigned at the address stated above.

Dated: New York, New York
       August 12, 2022

**HASBANI & LIGHT, P.C.**

*/s/ Danielle P. Light*
Danielle P. Light, Esq.

1