

450 Seventh Ave
Suite 1408
New York, NY 10123

Danielle P. Light
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

*Licensed in NY & NJ*

December 2, 2022

**VIA ECF**
Judge Taryn A. Merkl
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

Re: West Coast Servicing, Inc. vs. Mohammed M. Alam, et al.

Dear Judge Merkl:

Our office represents the Plaintiff, West Coast Servicing in the above-respected action. On December 1, 2022, a clerical error was made and the executed Joint Status letter was filed to the wrong docket entry (1:20-cv-00674). Please see Exhibit A as proof of filing. We kindly ask the court to accept our letter submission and apologize for any inconvenience.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

/s/ Danielle P. Light
Danielle P. Light

EXHIBIT A



450 Seventh Ave
Suite 1408
New York, NY 10123

Danielle P. Light
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

*Licensed in NY & NJ*

December 1, 2022

**VIA ECF**

Judge Taryn A. Merkl
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

      Re: West Coast Servicing, Inc. vs. Mohammed M. Alam, et al.

Dear Judge Merkl:

We write pursuant to the Judge's Order entered on November 1, 2022 directing the parties to submit a join status letter as to the progress of discovery and settlement.

Plaintiff served a request for documents and a notice of deposition on Defendant Alam. Defendant's counsel advised that responses will be received by tomorrow, December 2, 2022. Defendant has not yet served discovery demands on Plaintiff.

Regarding settlement, Plaintiff is willing to attempt to resolve this matter through mediation. As a gesture of good faith, Plaintiff authorized settlement terms which will be provided to Defendant's counsel via email.

Thank you for your consideration.

                                       Respectfully submitted,

                                       /s/ Danielle P. Light
                                       Danielle P. Light
                                       *Attorney for Plaintiff West Coast Servicing, Inc.*


                                       /s/Lawrence Spivak
                                       Lawrence Spivak
                                       *Attorney for Defendant Mohammed N. Alam*