

Shachar Hadar, Esq.
450 Seventh Ave, Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. shadar@hasbanilight.com

Admitted to Practice in NY

July 21, 2023

**VIA USPS First Class Mail and via Email: larryspivak@gmail.com**

Lawrence G. Spivak, Esq.
16-01 Hillside Avenue
Jamaica, NY 11432

    **RE:** *West Coast Servicing Inc. v. Alam et al.*
       **Case No.: 1:22-CV-02881-PKC-TAM**

Dear Mr. Spivak:

1. We represent the Plaintiff, *West Coast Servicing Inc.* ("Plaintiff") in the above-referenced matter.

2. Pursuant to Rule 3(D) of the Individual Rules of the Honorable Pamela K. Chen, and the Honorable Chen's Order dated June 9, 2023, please see attached Plaintiff's Motion for Summary Judgment.

3. If you have any questions, please do not hesitate to contact me.

            Very truly yours,

            */s/ Shachar Hadar*
            Shachar Hadar, Esq.